# UNITED STATES DISTRICT COURT

Southern District of Illinois

| UNITED STATES OF AMERICA<br>v.<br>Melissa D. Wade | **Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case No.  05CR40033-06<br>USM No.  06713-025<br><br>Mark C. Hunter<br>Defendant's Attorney |
|---|---|

**THE DEFENDANT:**

☑ admitted guilty to violation of condition(s)   as alleged below   of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Statutory | Defendant committed the offense of False Statements | 02/26/2013 |
| Statutory | The defndant possessed cocaine | 05/16/2013 |
| Standard # 6 | Defendant failed to notify probation of termination of employment | 01/05/2013 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 6001

Defendant's Year of Birth: 1982

City and State of Defendant's Residence:
Benton, IL 62812

06/20/2013
Date of Imposition of Judgment

*signature*
Signature of Judge

J. Phil Gilbert, District Judge
Name and Title of Judge

June 24, 2013
Date

DEFENDANT: Melissa D. Wade
CASE NUMBER: 05CR40033-06

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Standard # 9 | Defendant associated with a convicted felon without permission | 05/29/2013 |
| Standard # 11 | Defendant failed to notify probation of being questioned by police | 04/15/2013 |
| Special | Defendant failed to attend a schedule treatment session | 04/29/2013 |

Judgment — Page 3 of 3

DEFENDANT: Melissa D. Wade
CASE NUMBER: 05CR40033-06

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

23 months and 29 days.

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL